UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

INSURANCE CORPORATION OF
HANNOVER, a foreign corporation,

        Plaintiff,

-vs-                                        Case No.  5:04-cv-539-Oc-10GRJ

ANTONIO LOPEZ,

        Defendant.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 14) recommending that the Plaintiff's Motion to Dismiss Count III of the Defendant's Counterclaim (Doc. 9) be granted, and that Count III of the Counterclaim be abated until the issue of liability under the insurance policy has been determined.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's Motion to Dismiss Count III of the Defendant's Counterclaim (Doc. 9) is GRANTED; and

(3) Count III of the Defendant's Counterclaim is ABATED until the issue of liability under the insurance policy is resolved.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 5th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record